# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| EUGENE DUNN, JR., | ) | |
| Petitioner, | ) ) | |
| vs. | ) | 7:16-cv-08103-LSC |
| UNITED STATES OF AMERICA | ) ) ) | (7:07-cr-218-LSC-HGD) |
| Respondent. | ) ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum of Opinion entered contemporaneously herewith, Petitioner's motion to vacate, set aside, or correct his sentence is DISMISSED WITH PREJUDICE. A certificate of appealability will not be issued.

**DONE** and **ORDERED** on October 6, 2017.



_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704